SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6552
richard.colonna@usdoj.gov
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT and PEOPLE OF RED MOUNTAIN,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, PAUL SOUZA, in his official capacity as Regional Director of Region 8, exercising the delegated authority of the Director of the U.S. Fish and Wildlife Service, and DOUG BURGUM, in his official capacity as Secretary of the Interior,[1]<br><br>Defendants. | Case No. 3:25-CV-00023-MMD-CLB<br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEY** |

The ACTING UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR IA 11-3, for the admission of Sara M. Warren to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of her employment by the United States as attorney. Ms. Warren will represent the U.S. Fish and Wildlife Service, Paul Souza, in his official capacity as Regional Director of Region 8, exercising the delegated authority of the

---

[1] Plaintiffs named as Defendants the U.S. Fish and Wildlife Service, Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service, and Deb Haaland, in her official capacity as Secretary of the Interior. Paul Souza, Regional Director of Region 8 of the U.S. Fish and Wildlife Service, is now exercising the delegated authority of the Director of the U.S. Fish and Wildlife Service. The Honorable Doug Burgum is now serving as the Secretary of the Interior. Pursuant to Fed. R. Civ. P. 25(d), Mr. Souza and Secretary Burgum are substituted as Defendants.

Director of the U.S. Fish and Wildlife Service, and Doug Burgum, in his official capacity as Secretary of the Interior (collectively, "Federal Defendants") in this matter.

Ms. Warren is a licensed attorney, a member in good standing of the State Bar of Georgia (Bar No. 966948), and a member in good standing of the bar of the Georgia Supreme Court. Ms. Warren is a Trial Attorney for the U.S. Department of Justice in the Environment and Natural Resources Division, Wildlife and Marine Resources Section, in Washington, D.C. Her contact information is as follows:

> P.O. Box 7611
> Washington, D.C. 20044-7611
> Telephone: (202) 307-1147
> sara.warren@usdoj.gov

Local Rule IA 11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Sara M. Warren to practice before this Court during the period of her employment by the United States as an attorney.

Respectfully submitted this 13th day of March 2025.

SUE FAHAMI
Acting United States Attorney

 /s/ R. Thomas Colonna
R. THOMAS COLONNA
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

**DATED: 3/14/2025**