ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 307-1147; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:25-CV-00023-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR SIXTY-DAY STAY OF DEADLINES** |

### STIPULATION FOR SIXTY-DAY STAY OF DEADLINES

Pursuant to LR IA 6-2, Federal Defendants U.S. Fish and Wildlife Service ("FWS"), Paul Souza, in his official capacity as Regional Director of Region 8 of FWS, exercising the delegated authority of Director of FWS, and Doug Burgum, in his official capacity as Secretary of the Interior, and Plaintiffs Western Watersheds Project and People of Red Mountain, by and through their attorneys, hereby stipulate to a 60-day stay of deadlines in this case, for the following reasons.

On April 22, 2025, the Court ordered the parties to file a Joint Case Management Report no later than June 6, 2025 [ECF No. 15]. Since that time, the parties have explored opportunities to potentially resolve this case without further litigation. The parties agree that proceeding with

1  litigation at this time may interfere with the parties' ability to further explore opportunities for
2  settlement. In addition, a stay of deadlines may conserve judicial resources. Therefore, the
3  parties propose a 60-day stay of litigation deadlines in this case, including the deadline to file a
4  Joint Case Management Report. This is the parties' first stipulation for a stay of litigation
5  deadlines.
6
7  / / /
8  / / /
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27
28

If the proposed stay is granted, the parties will file their Joint Case Management Report no later than August 5, 2025.

It is hereby STIPULATED.

DATED this 28th day of May, 2025.

By:

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

/s/ Sara M. Warren
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 307-1147; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov

*Attorneys for Defendants*

By:

/s/ *Jaimie L. Park* (*with permission*)
Jaimie L. Park
Western Watersheds Project
P.O. Box 37198
Albuquerque, NM 87110
Tel: (505) 750-0334
jaimie@westernwatersheds.org

Paul D. Ruprecht
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
Tel: (208) 421-4637
paul@westernwatersheds.org

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
Attorney for service only under LR IA 11-1(b)(2)

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**
**Dated this 30th day of May, 2025.**

_____
UNITED STATES MAGISTRATE JUDGE