Jaimie L. Park (NM Bar # 14644, *Pro Hac Vice*)
Western Watersheds Project
P.O. Box 37198
Albuquerque, NM 87110
Tel: (505) 750-0334
jaimie@westernwatersheds.org

*Of Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>Defendants. | Case No. 3:25-CV-00023-MMD-CLB<br><br>**ORDER GRANTING<br>JOINT STATUS REPORT AND<br>SECOND STIPULATION FOR<br>THIRTY-DAY STAY OF DEADLINES** |

**JOINT STATUS REPORT AND SECOND STIPULATION FOR THIRTY-DAY STAY**

**OF DEADLINES**

Pursuant to this Court's Order granting the parties' Joint Proposed Stipulation for Sixty-Day Stay of Deadlines (ECF No. 18), Federal Defendants U.S. Fish and Wildlife Service ("FWS"), Justin Shirley, in his official capacity as Principal Deputy Directory of FWS,[1] and Doug Burgum, in his official capacity as Secretary of the Interior, and Plaintiffs Western Watersheds Project and People of Red Mountain, by and through their attorneys, hereby submit this Joint Status Report and Second Stipulation for a Stay of Deadlines for Thirty (30) Days to continue meaningful settlement talks, for the following reasons.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Mr. Justin Shirley, Principal Deputy Director of the Service, is substituted for Paul Souza as Defendant.

Since the Court's Order Granting the Joint Proposed Stipulation for Sixty-Day Stay of Deadlines on June 2, 2025, the parties have explored opportunities to potentially resolve this case without further litigation. The parties met on June 11, 2025, to discuss potential settlement agreement terms and the Plaintiffs provided Defendants with an initial settlement offer letter on June 23, 2025. Defendants provided their response to Plaintiffs on August 1, 2025, and the Plaintiffs are currently reviewing the Defendants' response.

The Parties agree that proceeding with litigation at this time may interfere with the parties' ability to finalize any settlement agreement. In addition, a stay of deadlines may conserve judicial resources. Therefore, the parties again propose a second stipulation to stay litigation deadlines for thirty (30) days in this case, including the deadline to file a Joint Case Management Report. This is the parties' second stipulation for a stay of litigation deadlines.

//

//

//

//

//

//

//

//

//

//

//

//

2

If the proposed stay is granted, the parties will file another Joint Case Management Report no later than September 4, 2025.

It is hereby STIPULATED.

DATED this 4th day of August, 2025.

By:

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

/s/ Sara M. Warren (with permission)
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 307-1147; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov

*Attorneys for Defendants*

By:

/s/ *Jaimie L. Park*
Jaimie L. Park
Western Watersheds Project
P.O. Box 37198
Albuquerque, NM 87110
Tel: (505) 750-0334
jaimie@westernwatersheds.org

Paul D. Ruprecht
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
Tel: (208) 421-4637
paul@westernwatersheds.org

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
Attorney for service only under LR IA 11-1(b)(2)

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**
**Dated this 5th day of August, 2025**

_____
UNITED STATES MAGISTRATE JUDGE

3