Paul D. Ruprecht
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
Tel: (208) 421-4637
paul@westernwatersheds.org

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
Attorney for service only under LR IA 11-1(b)(2)

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:25-CV-00023-MMD-CLB<br><br>**ORDER GRANTING THIRD STIPULATION TO THIRTY-DAY STAY OF DEADLINES** |

### JOINT STATUS REPORT AND THIRD STIPULATION TO THIRTY-DAY STAY OF DEADLINES

Pursuant to this Court's Order granting the parties' Joint Proposed Stipulation for Thirty-Day Stay of Deadlines (ECF No. 20), Federal Defendants U.S. Fish and Wildlife Service ("FWS"), Brian Nesvik, in his official capacity as Director of FWS,[1] and Doug Burgum, in his

---

[1] Plaintiffs originally named as a Defendant Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service. Brian Nesvik has been confirmed as the Director of the U.S. Fish and Wildlife Service. Pursuant to Fed. R. Civ. P. 25(d), Mr. Nesvik is automatically substituted as a Defendant in this matter.

official capacity as Secretary of the Interior, and Plaintiffs Western Watersheds Project and People of Red Mountain, by and through their attorneys, hereby submit this Joint Status Report and Third Stipulation to a Stay of Deadlines for Thirty (30) Days to continue meaningful settlement talks, for the following reasons.

On April 22, 2025, the Court ordered the parties to file a Joint Case Management Report no later than June 6, 2025 [ECF No. 15]. Since that time, the parties have explored opportunities to potentially resolve this case without further litigation and submitted their first Proposed Stipulation for Sixty-Day Stay of Deadlines on May 28, 2025 [ECF No. 16], which the court granted on May 30, 2025 [ECF No. 18]. The parties filed a Second Stipulation to Stay the Case for Thirty Days on August 4, 2025 [ECF No. 19], which the court granted on August 5, 2025 [ECF No. 20]. The parties have met several times to engage in settlement discussions. The Plaintiffs provided their initial settlement offer letter to the Defendants on June 23, 2025, with Defendants providing their response on August 1, 2025. The parties conferred on a video call on August 11, 2025 and Plaintiffs provided their counteroffer to Defendants on August 27, 2025.

The parties agree that an additional stay of thirty days will facilitate ongoing discussions and that proceeding with litigation at this time may interfere with the parties' ability to further explore opportunities for settlement. In addition, a stay of deadlines may conserve judicial resources. Therefore, the parties propose a 30-day stay of litigation deadlines in this case, including the deadline to file a Joint Case Management Report. This is the parties' third stipulation for a stay of litigation deadlines.

If the proposed stay is granted, the parties will file their Joint Case Management Report no later than October 6, 2025.

It is hereby STIPULATED.

2

DATED this 4th day of September, 2025.

By:

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

 /s/ Sara M. Warren (with permission)
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 307-1147; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov

*Attorneys for Defendants*

By:
/s/ Paul D. Ruprecht
Paul D. Ruprecht
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
Tel: (208) 421-4637
paul@westernwatersheds.org

Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
Attorney for service only under LR IA 11-1(b)(2)

*Attorneys for Plaintiffs*

**IT IS SO ORDERED this   5th   day of September, 2025:**

_____
UNITED STATES MAGISTRATE JUDGE