Paul D. Ruprecht (NV Bar# 14263)
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
Tel: (208) 421-4637
paul@westernwatersheds.org

Christopher Mixson (NV Bar# 10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
<u>Attorney for service only under LR IA 11-1(b)(2)</u>

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>            Plaintiffs,<br>     v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>            Defendants. | Case No. 3:25-CV-00023-MMD-CLB<br><br>**ORDER GRANTING FOURTH STIPULATION TO 60-DAY STAY OF DEADLINES** |

## <u>JOINT STATUS REPORT AND FOURTH STIPULATION TO 60-DAY STAY OF DEADLINES</u>

Plaintiffs Western Watersheds Project and People of Red Mountain, and Federal Defendants U.S. Fish and Wildlife Service ("FWS"), Brian Nesvik, in his official capacity as Director of FWS, and Doug Burgum, in his official capacity as Secretary of the Interior, by and through their attorneys, hereby submit this Joint Status Report and Fourth Stipulation to a Stay of Deadlines for Sixty (60) Days to continue meaningful settlement talks, for the following reasons.

On April 22, 2025, the Court ordered the parties to file a Joint Case Management Report

no later than June 6, 2025 [ECF No. 15]. Since that time, the parties have explored opportunities to potentially resolve this case without further litigation and submitted their first Proposed Stipulation for Sixty-Day Stay of Deadlines on May 28, 2025 [ECF No. 16], which the court granted on May 30, 2025 [ECF No. 18]. The parties filed a Second Stipulation to Stay the Case for Thirty Days on August 4, 2025 [ECF No. 19], which the court granted on August 5, 2025 [ECF No. 20]. The parties filed a Third Stipulation to Stay the Case for Thirty Days on September 4, 2025 [ECF No. 24], which the Court granted on September 5, 2025 [ECF No. 25]. On October 1, 2025, Federal Defendants filed an unopposed motion to stay the case for the duration of the lapse in government appropriations [ECF. No. 26]. The Court granted the motion on October 2, 2025 [ECF No. 27]. On November 13, 2025, Federal Defendants filed a notice that appropriations had been restored, triggering this filing by Nov. 18, 2025 [ECF No. 30].

The parties have continued to meet to engage in discussions about the possibility of settlement. Most recently, the parties conferred on a video call on November 13, 2025, and have another call scheduled to discuss settlement prospects on November 24, 2025. The parties agree that they have made reasonable and continuous progress in discussions and believe that in the next sixty (60) days they would likely either be able to reach an agreement in principle on settlement, or decide to move forward with litigation, submitting a case management report and proposed litigation schedule to the Court.

The parties agree that an additional stay of sixty days will facilitate ongoing discussions and that proceeding with litigation at this time may interfere with the parties' ability to continue to pursue settlement. In addition, a stay of deadlines may conserve judicial resources. Therefore, the parties propose a 60-day stay of litigation deadlines in this case, including the deadline to file a Joint Case Management Report. This is the parties' fourth stipulation for a stay of litigation

deadlines.

If the proposed stay is granted, the parties will file their Joint Case Management Report no later than January 16, 2026.

It is hereby STIPULATED.

DATED this 18th day of November, 2025.

By:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

 /s/ Sara M. Warren (with permission)
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 598-5785; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov

*Attorneys for Defendants*

By:
/s/ Paul D. Ruprecht
Paul D. Ruprecht (NV Bar# 14263)
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
Tel: (208) 421-4637
paul@westernwatersheds.org

Christopher Mixson (NV Bar# 10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
Attorney for service only under LR IA 11-1(b)(2)

*Attorneys for Plaintiffs*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2025