Paul D. Ruprecht (NV Bar# 14263)
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
Tel: (208) 421-4637
paul@westernwatersheds.org

Christopher Mixson (NV Bar# 10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
Attorney for service only under LR IA 11-1(b)(2)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | Case No. 3:25-CV-00023-MMD-CLB |
| Plaintiffs, | **ORDER GRANTING FIFTH STIPULATION TO 60-DAY STAY OF DEADLINES** |
| v. | |
| U.S. FISH AND WILDLIFE SERVICE, *et al.*, | [ECF No. 34] |
| Defendants. | |

**JOINT STATUS REPORT AND FIFTH STIPULATION TO 60-DAY STAY OF DEADLINES**

Plaintiffs Western Watersheds Project and People of Red Mountain, and Federal Defendants U.S. Fish and Wildlife Service ("FWS"), Brian Nesvik, in his official capacity as Director of FWS, and Doug Burgum, in his official capacity as Secretary of the Interior, by and through their attorneys, hereby submit this Joint Status Report and Fifth Stipulation to a Stay of Deadlines for Sixty (60) Days for the following reasons.

On April 22, 2025, the Court ordered the parties to file a Joint Case Management Report

no later than June 6, 2025 [ECF No. 15]. Since that time, the parties have explored opportunities to potentially resolve this case without further litigation and submitted their first Proposed Stipulation for Sixty-Day Stay of Deadlines on May 28, 2025 [ECF No. 16], which the court granted on May 30, 2025 [ECF No. 18]. The parties filed a Second Stipulation to Stay the Case for Thirty Days on August 4, 2025 [ECF No. 19], which the court granted on August 5, 2025 [ECF No. 20]. The parties filed a Third Stipulation to Stay the Case for Thirty Days on September 4, 2025 [ECF No. 24], which the Court granted on September 5, 2025 [ECF No. 25]. On October 1, 2025, Federal Defendants filed an unopposed motion to stay the case for the duration of the lapse in government appropriations [ECF. No. 26]. The Court granted the motion on October 2, 2025 [ECF No. 27]. On November 13, 2025, Federal Defendants filed a notice that appropriations had been restored. [ECF No. 30]. On Nov. 18, 2025, the parties filed a Fourth Stipulation to stay the Case for Sixty Days [ECF No. 31], which the Court granted on November 20, 2025 [ECF No. 32].

The parties have continued to meet and discuss settlement and are currently engaged in drafting a proposed agreement that, if approved by Plaintiffs and the relevant government officials, would resolve the merits of Plaintiffs' claims.

The parties agree that an additional stay of sixty days will facilitate ongoing discussions and that proceeding with litigation at this time may interfere with the parties' ability to continue to pursue settlement. In addition, a stay of deadlines may conserve judicial resources. Therefore, the parties propose a 60-day stay of litigation deadlines in this case, including the deadline to file a Joint Case Management Report, through and including March 17, 2026. This is the parties' fifth stipulation for a stay of litigation deadlines.

If the proposed stay is granted, the parties will file their Joint Case Management Report

no later than March 17, 2026.

It is hereby STIPULATED.

DATED this 16th day of January, 2026.

By:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

*/s/ Sara M. Warren (with permission)*
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 598-5785; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov

*Attorneys for Defendants*

By:

/s/ Paul D. Ruprecht
Paul D. Ruprecht (NV Bar# 14263)
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
Tel: (208) 421-4637
paul@westernwatersheds.org

Christopher Mixson (NV Bar# 10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
Attorney for service only under LR IA 11-1(b)(2)

*Attorneys for Plaintiffs*

## ORDER

For good cause appearing, the Parties' stipulation is **GRANTED**. The current litigation deadlines, including the deadline to file a Joint Case Management Report, are stayed through and including March 17, 2026.

**IT IS SO ORDERED.**

**DATED:** January 20, 2026

_____
UNITED STATES MAGISTRATE JUDGE

3