ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 598-5785; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | Case No. 3:25-CV-00023-MMD-CLB |
| Plaintiffs, | **ORDER GRANTING SIXTH STIPULATION TO STAY DEADLINES** |
| v. | |
| U.S. FISH AND WILDLIFE SERVICE, *et al.*, | [ECF No. 36] |
| Defendants. | |

## JOINT STATUS REPORT AND SIXTH STIPULATION TO STAY OF DEADLINES

Plaintiffs Western Watersheds Project and People of Red Mountain, and Federal Defendants U.S. Fish and Wildlife Service ("FWS"), Brian Nesvik, in his official capacity as Director of FWS, and Doug Burgum, in his official capacity as Secretary of the Interior, by and through their attorneys, hereby submit this Joint Status Report and Sixth Stipulation to a Stay of Deadlines for the following reasons.

On April 22, 2025, the Court ordered the parties to file a Joint Case Management Report no later than June 6, 2025 [ECF No. 15]. Since that time, the parties have explored opportunities

to potentially resolve this case without further litigation and submitted their first Proposed Stipulation for Sixty-Day Stay of Deadlines on May 28, 2025 [ECF No. 16], which the court granted on May 30, 2025 [ECF No. 18]. The parties filed a Second Stipulation to Stay the Case for Thirty Days on August 4, 2025 [ECF No. 19], which the court granted on August 5, 2025 [ECF No. 20]. The parties filed a Third Stipulation to Stay the Case for Thirty Days on September 4, 2025 [ECF No. 24], which the Court granted on September 5, 2025 [ECF No. 25]. On October 1, 2025, Federal Defendants filed an unopposed motion to stay the case for the duration of the lapse in government appropriations [ECF. No. 26]. The Court granted the motion on October 2, 2025 [ECF No. 27]. On November 13, 2025, Federal Defendants filed a notice that appropriations had been restored. [ECF No. 30]. On Nov. 18, 2025, the parties filed a Fourth Stipulation to Stay the Case for Sixty Days [ECF No. 31], which the Court granted on November 20, 2025 [ECF No. 32]. On January 16, 2026, the parties filed a Fifth Stipulation to Stay the Case for Sixty Days [ECF No. 34], which the Court granted on January 20, 2026 [ECF No. 35].

The parties have reached a tentative agreement in principle and have drafted a proposed agreement, subject to approval by the relevant government officials, which would resolve the merits of Plaintiffs' claims. However, Defendants need additional time for the review and approval of the relevant government officials.

The parties agree that an additional stay of thirty days will facilitate ongoing discussions and that proceeding with litigation at this time may interfere with the parties' ability to continue to pursue settlement. In addition, a stay of deadlines may conserve judicial resources. Therefore, the parties propose a 30-day stay of litigation deadlines in this case, including the deadline to file a Joint Case Management Report, through and including April 16, 2026. This is the parties' sixth stipulation for a stay of litigation deadlines.

If the proposed stay is granted, **the parties will file their Joint Case Management Report no later than April 16, 2026.**

It is hereby STIPULATED.

DATED this 17th day of March, 2026.

By:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

*/s/ Sara M. Warren*
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 598-5785; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov

*Attorneys for Defendants*

By:
/s/ *Paul D. Ruprecht (with express permission)*
Paul D. Ruprecht (NV Bar# 14263)
Western Watersheds Project
P.O. Box 941
Lebanon, OR 97355
Tel: (208) 421-4637
paul@westernwatersheds.org

Christopher Mixson (NV Bar# 10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
Attorney for service only under LR IA 11-1(b)(2)

*Attorneys for Plaintiffs*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 17, 2026 _____

3