ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 598-5785; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | Case No. 3:25-CV-00023-MMD-CLB |
| Plaintiffs, | **ORDER GRANTING STIPULATION FOR STAY OF DEADLINES** |
| v. | [ECF No. 42] |
| U.S. FISH AND WILDLIFE SERVICE, *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT AND NINTH STIPULATION TO STAY OF DEADLINES

Plaintiffs Western Watersheds Project and People of Red Mountain, and Federal Defendants U.S. Fish and Wildlife Service ("FWS"), Brian Nesvik, in his official capacity as Director of FWS, and Doug Burgum, in his official capacity as Secretary of the Interior, by and through their attorneys, hereby submit this Joint Status Report and Ninth Stipulation to a Stay of Deadlines for the following reasons.

On April 22, 2025, the Court ordered the parties to file a Joint Case Management Report no later than June 6, 2025 [ECF No. 15]. Since that time, the parties have explored opportunities

to potentially resolve this case without further litigation and submitted their first Proposed Stipulation for Sixty-Day Stay of Deadlines on May 28, 2025 [ECF No. 16], which the court granted on May 30, 2025 [ECF No. 18]. The parties filed a Second Stipulation to Stay the Case for Thirty Days on August 4, 2025 [ECF No. 19], which the court granted on August 5, 2025 [ECF No. 20]. The parties filed a Third Stipulation to Stay the Case for Thirty Days on September 4, 2025 [ECF No. 24], which the Court granted on September 5, 2025 [ECF No. 25]. On October 1, 2025, Federal Defendants filed an unopposed motion to stay the case for the duration of the lapse in government appropriations [ECF. No. 26]. The Court granted the motion on October 2, 2025 [ECF No. 27]. On November 13, 2025, Federal Defendants filed a notice that appropriations had been restored. [ECF No. 30]. On November 18, 2025, the parties filed a Fourth Stipulation to Stay the Case for Sixty Days [ECF No. 31], which the Court granted on November 20, 2025 [ECF No. 32]. On January 16, 2026, the parties filed a Fifth Stipulation to Stay the Case for Sixty Days [ECF No. 34], which the Court granted on January 20, 2026 [ECF No. 35]. On March 17, 2026, the parties filed a Sixth Stipulation to Stay Case for Thirty Days, [ECF No. 36], which the Court granted that same day, [ECF No. 37]. On April 16, 2026, the parties filed a Seventh Stipulation for to Stay Case for Sixty Days [ECF No. 38], which the Court granted the same day, [ECF No. 39]. On June 15, the parties filed an Eighth Stipulation to Stay Case for 21 Days, which remains pending [ECF 41].

The parties have reached a tentative agreement in principle and have drafted a proposed agreement, subject to approval by the relevant government officials, which would resolve the merits of Plaintiffs' claims. Plaintiffs reviewed additional modifications proposed by Defendants, and now Defendants need additional time for the review and approval by the relevant government officials. The parties believe a one-week extension is sufficient to facilitate review

by the relevant government officials. Moreover, proceeding with litigation at this time may interfere with the parties' ability to continue to pursue settlement, and a stay of deadlines may conserve judicial resources. Therefore, the parties propose a one-week of litigation deadlines in this case, including the deadline to file a Joint Case Management Report, through and including July 13, 2026. This is the parties' ninth stipulation for a stay of litigation deadlines.

If the proposed stay is granted, the parties will file their Joint Case Management Report no later than July 13, 2026.

It is hereby STIPULATED.

DATED this 6th of July, 2026.

By:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

*/s/ Sara M. Warren*
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 598-5785; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov

*Attorneys for Defendants*

By:
/s/ *Paul D. Ruprecht (with express permission)*
Paul D. Ruprecht (NV Bar# 14263)
Western Watersheds Project
P.O. Box 1438
Sparks, NV 89432
Tel: (208) 421-4637
paul@westernwatersheds.org

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

**DATED:** July 7, 2026

_____
UNITED STATES MAGISTRATE JUDGE

3