ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 598-5785; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

WESTERN WATERSHEDS PROJECT, *et al.*,

Plaintiffs,

v.

U.S. FISH AND WILDLIFE SERVICE, *et al.*,

Defendants.

Case No. 3:25-CV-00023-MMD-CLB

**ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME**

**<u>SECOND STIPULATION FOR EXTENSION OF TIME</u>**

Plaintiffs Western Watersheds Project and People of Red Mountain, and Federal Defendants U.S. Fish and Wildlife Service ("FWS"), Brian Nesvik, in his official capacity as Director of FWS, and Doug Burgum, in his official capacity as Secretary of the Interior, by and through their attorneys, hereby submit this Second Stipulation for Extension of Time for the following reasons.

On July 8, 2026, the Parties filed a Stipulated Settlement Agreement, which provided that, within 45 days of entry of an order of this Court approving the agreement, Plaintiffs would provide Defendants an itemization of the attorneys' fees and costs they seek to recover in this

case. Dkt. No. 45 at 5. The Agreement further provided that, within 60 days of Defendants' receipt of the itemization of Plaintiffs' costs, the Parties would notify the court whether they have reached a settlement of Plaintiffs' claim for attorneys' fees and costs. *Id.* On July 9, 2026, the Court entered an order approving the parties' Stipulated Settlement Agreement. Dkt. No. 46.

On July 29, 2026, Plaintiffs provided Defendants with an itemization of the attorneys' fees and costs they seek to recover in this case. Therefore, the Parties' deadline to notify the Court whether they have reached a settlement was September 28, 2026. On September 24, 2026, the Parties filed their first stipulation for extension of time, seeking an additional 60 days to determine whether they would be able to resolve Plaintiffs' demand for attorneys' fees and costs. Dkt. No. 47. The Court granted the extension, *see* Dkt. No. 48, and the Parties' current deadline to notify the Court whether they have reached a settlement of Plaintiffs' claim for attorneys' fees and costs is November 27, 2026.

The Parties respectfully submit that they require additional time to determine whether they will be able to resolve Plaintiffs' demand for attorneys' fees and costs. Additional time may facilitate settlement discussions between the Parties, and proceeding with litigation of Plaintiffs' request for attorneys' fees this time may interfere with their ability to pursue settlement. In addition, an extension of time may conserve judicial resources. Therefore, the Parties propose a 45-day extension of time for the Parties to notify the Court whether they have reached a resolution of Plaintiffs' claim for attorneys' fees. This is the Parties' second stipulation for an extension of time of this deadline.

//

//

//

If the proposed extension is granted, the parties will notify the Court whether they have resolved Plaintiffs' request for attorneys' fees no later than January 11, 2027.

It is hereby STIPULATED.

DATED this 24th day of November, 2026.

By:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

*/s/ Sara M. Warren*
SARA M. WARREN, Trial Attorney
Georgia Bar No. 966948
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 598-5785; Fax | (202) 305-0275
E-mail: Sara.Warren@usdoj.gov

*Attorneys for Defendants*

By:

/s/ *Paul D. Ruprecht (with express permission)*
Paul D. Ruprecht (NV Bar# 14263)
Western Watersheds Project
P.O. Box 1438
Sparks, NV 89432
Tel: (208) 421-4637
paul@westernwatersheds.org

*Attorney for Plaintiffs*

**IT IS SO ORDERED**

UNITED STATES DISTRICT JUDGE

DATED: November 24, 2026